IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RICHARD ELI TARVIN, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § Civil Action No. 2:25-cv-00057-Z-BR |
| | § |
| ERIC GUERRERO, Director, | § |
| Texas Department of Criminal | § |
| Justice, Correctional Institutions | § |
| Division | § |
| | § |
| Respondent. | § |

**APPENDIX TO RESPONDENT'S ANSWER**

Exhibit A:  TDCJ-CID Commitment Inquiry
Exhibit B:  TDCJ Disciplinary Report and Hearing Record, Summary Sheet

# Exhibit A

```
CSIMF800/INI801              COMMITMENT INQUIRY              04/10/25 13:27:01
INMTCICS/LHA9541 /A009  TDCJ-ID NO: 00490114 SIDNO: 03330448
 NAME: TARVIN,RICHARD                 APPL:      STATUS: A RQ BC S4   #OFF: 02
 OLD TDC#: 00381618 CNTY CONV: 246                                        70TH
 OFF-REC:    1118 PRJ RL: 07-06-2038 REC:  08-30-1988 MAX-TERM:   50Y  0M  0D
 PEN-REC: 022.021 MAX-EX: 07-06-2038 BEGIN: 07-06-1988 PAR-ELIG: 01-04-2001
                        INMATE TYPE: ID   HB1433: N   HB1433 VOTE:
 DYNAMIC RISK ASSESSMENT:       TYC:       HB1433 MIN EXP:
   OFFCD: 11180000 AGG SEXUAL ASSAULT
     DEG       AGG                                            FLAT-ONLY 70TH
    PENAL:022.021  MS:N PLEA:G CAUSE:88-441-K       CNT:     OFF:12-15-1987
    CC  CNTY OFF:246  CNTY/CRT:246 277 MAX TERM:  50Y  0M  0D  BEG:07-06-1988
    MIN EXP:07-06-2038 MAX:07-06-2038 PAR ELIG:01-04-2001 SENTENCED:08-09-1988
    HB1433:N  HB1433 VOTE:     HB1433 MIN EXP:                      REST: N
    OFF TDCNO: 00490114                            CTO DATE 01-01-0001
   OFFCD: 11180000 AGG SEX ASSAULT
     DEG       AGG                                            FLAT-ONLY 70TH
    PENAL:022.021  MS:N PLEA:G CAUSE:88-442-K       CNT:     OFF:01-12-1988
    CC  CNTY OFF:246  CNTY/CRT:246 277 MAX TERM:  50Y  0M  0D  BEG:07-06-1988
    MIN EXP:07-06-2038 MAX:07-06-2038 PAR ELIG:01-04-2001 SENTENCED:08-09-1988
    HB1433:N  HB1433 VOTE:     HB1433 MIN EXP:                      REST: N
    OFF TDCNO: 00490114                            CTO DATE 01-01-0001
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____  OR SID _____
END OF OFFENSES; ALL OFFENSES HAVE BEEN DISPLAYED
4AÛ                                                             23,054
```

# Exhibit B

# AFFIDAVIT
(Business Records)

STATE OF TEXAS §
§
COUNTY OF POTTER §

Before me, the undersigned authority, personally appeared **LORI ROWLEY**, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is **LORI ROWLEY**. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

I am employed as **ADMINISTRATIVE CLERK II** for the Texas Department of Criminal Justice ("TDCJ"), **BILL CLEMENTS** Unit located in **AMARILLO, TEXAS** and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

Attached are copies of the records of offender **TARVIN, RICHARD TDCJ# 00490114** Described as Disciplinary Report for Disciplinary Case # **20240118354** which were requested."

DISCIPLINARY 20240118354

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on **May 7, 2025** by the said **Lori Rowley**, to certify which, witness my hand and seal of office.

_____
Notary Public in and for the State of Texas



DENNIS E. SILVERTOOTH
Notary ID # 13404092-8
My Commission Expires
10-13-2026

# TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20240118354  TDCJNO:00490114  NAME: TARVIN,RICHARD                    EA: 12.9
UNIT:BC  HSNG: 12EF1   70 B      JOB: I/S MEDICAL SQ 07                     IQ: 118
CLSS: S3  CUST: S1  PRIMARY LANGUAGE: ENGLISH   LMHA RESTRICTIONS:  NONE
GRDE: MA / TST  OFF.DATE: 03/26/24  04:21 PM  LOCATION: BC HIGH SEC
TYPE: ID

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT BC HSA1-06B MATTRESS, INMATE: TARVIN, RICHARD, TDCJ-ID NO.00490114, DID POSSESS A WEAPON INTENDED TO BE USED TO INJURE ANOTHER PERSON, NAMELY, A SHARPENED PIECE OF METAL WITH A HANDLE LENGTH OF 8-1/2 IN. LONG. CB

CHARGING OFFICER: WILSON, S. COIV_REGV              SHIFT/CARD: 1 I

### INMATE NOTIFICATION
TIME/DATE NOTIFIED: 03/27/24 2:08 pm  BY:(PRINT) Juarez, SCSB   IF APPLICABLE INTERPRETER,
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. DO YOU WANT TO ATTEND THE HEARING? (YES) NO  IF NO, HOW DO YOU PLEAD? GUILTY  NOT GUILTY
INMATE NOTIFICATION SIGNATURE: X declined to sign  DATE 03/27/24
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: X [signature]   DATE: 3/28/24

### HEARING INFORMATION
HEARING DATE: 3.28.24  TIME: 6:46 am  UNIT BC  FOLDER C  FILE 153  DSFILE 246514
COUNSEL SUBSTITUTE AT HEARING: Blam   FOLDER___ FILE___ DSFILE___
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT THE HEARING (7)IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) CS Chase

INMATE STATEMENT: I go home in 30 days. I did not have a weapon

OFFENSE CODES: 06.0
INMATE PLEA: (G, NG, NONE) | NG |___|___|___|___|
FINDINGS: (G, NG, DS) | G |___|___|___|___|
REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: B. Officer report.  D. officer testimony

### PUNISHMENT
LOSS OF PRIV(DAYS)___    REPRIMAND...........___       TABLET(DAYS)........___
*RECREATION(DAYS) 45    EXTRA DUTY(HOURS)....___      REMAIN LINE 3.......___
*COMMISSARY(DAYS) 60    CONT.VISIT SUSP.THRU _/_/_    REDUC.CLASS FROM S3 TO S4
*PROPERTY(DAYS)..___     CELL RESTR(DAYS).....___     GOOD TIME LOST(DAYS).___
* OTS(DAYS)..  45       SPECIAL CELL RESTR(DAYS).___  DAMAGES/FORFEIT.$___
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: nature of offense. Disciplinary history

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) 10  NO / NA
DATE PLACED IN PRE-HEARING DETENTION: 3-26-24  HEARING LENGTH 5:22 (MINUTES)
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X in hand restraints
CPT Mortensen
HEARING OFFICER (PRINT)    WARDEN [signature]    REVIEWER SIGNATURE
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

[Handwritten top right: N10 POST POSE P#D]